Prepared by State Reporter from Appeal Papers

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MOSES H. HARRIS, Appellant, *v.* THE BEDELL COMPANY et al., Respondents.

*Specific performance — lease — provision for lapse of renewal clause if lessor shall " acquire " adjoining property and file plans for new building — acquisition of fee of property not required — long lease sufficient — complaint in action to compel specific performance of option to renew lease, dismissed.*

*Harris* v. *Bedell Co.*, 222 App. Div. 467, affirmed.
(Argued June 4, 1928; decided June 19, 1928.)

APPEAL from a judgment, entered February 17, 1928, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was to compel specific performance of a claimed option of renewal in a sublease made by defendant Bedell Company to the plaintiff. The sublease provided that if the lessor, at least six months before the expiration, " shall have acquired " adjoining premises and shall have filed plans for a new building and given notice thereof to the tenant, then the option to renew shall cease. The lessor acquired the adjoining property on a long lease, filed plans for a new building and gave notice to the lessee within the required time. It was contended in this action that the word " acquired " means acquired in fee simple and, inasmuch as defendant had obtained but a lease of the premises, the option to renew was not affected.

*Nathan L. Miller, Lyttleton Fox, Harold Otis* and *Isidor Bregoff* for appellant.

*Clarence J. Shearn, Adolph Bloch* and *Charles C. Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CHARLES GOLDENBERG, Respondent, *v.* JOHN DOSCHER et al., as Executors of CLAUS DOSCHER, Deceased, Appellants.

*Vendor and purchaser — real property — title — purchase of real property belonging to estate of decedent — action to recover down payment on ground transfer tax had not been fixed and paid, and was a lien upon property.*

*Goldenberg* v. *Doscher*, 221 App. Div. 869, affirmed.

(Argued June 4, 1928; decided June 19, 1928.)

APPEAL from a judgment, entered October 27, 1927, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff. The action was to recover the down payment made by plaintiff upon his purchase at public auction of real property forming part of the estate of Claus Doscher, deceased, upon the ground that the transfer tax on the estate had not been fixed and paid and was a lien upon the premises and, therefore, defendants could not convey a clear title thereto.

*Henry F. Cochrane* for appellants.

*A. M. Dreyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.